DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
THOMAS S. LAKRITZ, State Bar #161234
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3963
Facsimile:     (415) 554-3837
E-Mail:        tom.lakritz@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL NEVAREZ and PRISCILLA NEVAREZ,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CITY OF SAN FRANCISCO and DOES 1-10, Inclusive,<br><br>          Defendants. | Case No. 19-CV-06155-SK<br><br>**CITY AND COUNTY OF SAN FRANCISCO'S STATUS UPDATE** |

Defendant City and County of San Francisco (the "City") provides the following status update in response to Plaintiffs' Status Report filed on December 6, 2022 (Dkt. No. 48.)

After the City filed its last status update on October 28, 2002 (Dkt. No. 47), the Parties worked to finalize all settlement documents and exhibits. On November 16, 2022, Plaintiffs' counsel sent the final settlement documents to the City. Shortly thereafter, the City's trial counsel submitted the settlement documents and other required document for approval and recommendation to Recreation and Parks Commission and the Board of Supervisors. On November 28, 2022, the City's trial counsel informed Plaintiff's counsel that the documents had been submitted for review and that he was responding to questions about the settlement and documents.

///

In response to the City's November 28, 2022, Plaintiffs' counsel sent a number of emails made a number of calls asking the City's trial counsel to "put the paperwork before the Government Audit and Oversight Committee & the Board of Supervisors in December." The City's trial counsel has previously explained to Plaintiffs' counsel that the City Attorney's Office has no power to place an item on the Board of Supervisor's agenda. Moreover, the City's trial counsel also explained this settlement will be heard by the Recreation and Parks Commission before going to the Board of Supervisors for final approval.

The City Attorney's Office is confident that the Recreation and Parks Commission and the Board of Supervisors will place the settlement on their respective agendas in a timely fashion.

The City will notify the Court and Plaintiffs when the settlement agreement will be heard before the San Francisco Recreation and Parks Commission and the San Francisco Board of Supervisors.

Dated: December 8, 2022

DAVID CHIU
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
THOMAS S. LAKRITZ
Deputy City Attorney

By: */s/ Thomas S. Lakritz*
THOMAS S. LAKRITZ

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO